UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA LYNN WILSON, <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security,[1] <br><br> Defendant. | No. 5:20-CV-00898-MWF-KS <br><br> **ORDER: DENYING DKT. NO. 25 AS MOOT; AWARDING EQUAL ACCESS TO JUSTICE ACT FEES, PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920** |

Based upon the parties' Stipulation filed on July 19, 2021 (Dkt. No. 26), **IT IS ORDERED that:** the Motion for fees filed on July 18, 2021 (Dkt. No. 25) is DENIED as moot; fees and expenses in the amount of $6,500.00 are awarded pursuant to 28 U.S.C. § 2412(d) and subject to the Stipulation; and $800.00 in costs are awarded pursuant to 28 U.S.C. § 1920 and subject to the Stipulation.

DATED: July 20, 2021

/s/ Karen L. Stevenson
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).